GO11-10(b)) / RC      /195

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:   Philip R West and Rhonda L West               CASE NO:   4:09-bk-17293 T
                                                                  Chapter 13

CHAPTER 13 ORDER DISMISSING CASE
FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on 03/25/2010 requiring the Debtors to make specific payments to the Trustee. The order further provided that the case was to be dismissed if the payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the Debtors to comply with the court's order of 03/25/2010.

IT IS SO ORDERED.

Date: 05/13/2010                                      /s/  Richard D. Taylor
                                                   _____
                                                        Richard D. Taylor
                                                        U.S. Bankruptcy Judge


cc:  Mark T. McCarty, Trustee

   John A. Flynn
   P O Box 1344
   Cabot, AR  72023

   Philip R West and Rhonda L West
   21 Sagewood Ct
   North Little Rock, AR  72118

   All Creditors